UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-493-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TIMOTHY HUGH LINDSEY, | ) | |

Upon motion of the United States it is hereby ORDERED, for good cause shown, that the Response filed at the Court's direction and docketed as D.E. 24 is hereby SEALED;

It is FURTHER ORDERED that the Clerk provide the United States Attorney and the defendant with a filed copy of the same.

This, the  9th  day of April, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

1